UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| G.K. LAS VEGAS LIMITED PARTNERSHIP, | ) ) ) | CV-S-04-1199 DAE-GWF |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| SIMON PROPERTY GROUP, INC., SIMON PROPERTY GROUP, L.P., SDG FORUM ASSOCIATES, LIMITED PARTNERSHIP, M.S. MANAGEMENT ASSOCIATES, INC., SPG FORUM DEVELOPERS, LLC, and DAVID SIMON, MELVIN SIMON, and HERBERT SIMON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER RESCHEDULING HEARING DATE

The Court hereby reschedules the hearing to place the settlement on the record under seal from September 7, 2010, to Wednesday, August 25, 2010, at

8:30 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 10, 2010.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

G.K. Las Vegas Limited Partnership vs. Simon Property Group, Inc., et al., CV-S-04-1199 DAE-GWF; ORDER RESCHEDULING HEARING DATE