| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (*pro hac vice*)<br>RICHARD J. POCKER (*Bar No. 3568*)<br>RICHARD E. WEILL (*pro hac vice*)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br><br>DAVIS POLK & WARDWELL<br>MICHAEL P. CARROLL (*pro hac vice*)<br>PATRICK A. BRADFORD (*pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4547<br>Facsimile: (212) 450-3547<br><br>*Attorneys for Plaintiffs*<br>*G.K. Las Vegas Limited Partnership*<br>*and Sheldon Gordon* | MUNGER, TOLLES & OLSON LLP<br>GEORGE M. GARVEY (*pro hac vice*)<br>BART H. WILLIAMS (*pro hac vice*)<br>JAMES C. RUTTEN (*pro hac vice*)<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br><br>*Attorneys for Defendants*<br>*Simon Property Group, Inc., Simon Property Group,*<br>*L.P., M.S. Management Associates, Inc., SDG Forum*<br>*Associates, Limited Partnership and SPG Forum*<br>*Developers, LLC*<br><br>BROWNSTEIN HYATT FARBER SCHRECK LLP<br>KIRK B. LENHARD (*Bar No. 1437*)<br>100 City Parkway, #1600<br>Las Vegas, Nevada 89106<br>Telephone: (702) 382-2101<br><br>*Attorneys for Defendants*<br>*Herbert Simon, Melvin Simon and*<br>*David Simon* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **G.K. Las Vegas LIMITED PARTNERSHIP**, a California limited partnership and **SHELDON GORDON**,<br><br>Plaintiffs,<br><br>v.<br><br>**SIMON PROPERTY GROUP, INC.**, a Delaware corporation; **SIMON PROPERTY GROUP, L.P.**, a Delaware limited partnership; **M. S. MANAGEMENT ASSOCIATES, INC.**, a Delaware corporation doing business as Simon Management Company; **SDG FORUM ASSOCIATES, LIMITED PARTNERSHIP**, a Delaware limited partnership; **SPG FORUM DEVELOPERS, LLC**, a Delaware limited liability company and **DAVID SIMON, MELVIN SIMON** and **HERBERT SIMON**,<br><br>Defendants. | Case No.: 2:04-cv-01199-DAE-GWF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) WITH PREJUDICE** |
11526583.1

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, including as to all named defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees to either party as against any party.

This stipulation may be executed in facsimile counterparts, each of which shall constitute an original and may be submitted to the Court.

Dated: August 28, 2010

BOIES, SCHILLER & FLEXNER LLP

By: _____
Richard J. Pocker

*Attorneys for Plaintiffs*
*G.K. Las Vegas Limited Partnership*
*and Sheldon Gordon*

MUNGER, TOLLES & OLSON LLP

By: _____
George M. Garvey

*Attorneys for Defendants*
*Simon Property Group, Inc., Simon Property Group, L.P., M.S. Management Associates, Inc., SDG Forum Associates, Limited Partnership and SPG Forum Developers, LLC*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
Kirk B. Lenhard

*Attorneys for Defendants*
*Herbert Simon, Melvin Simon and David Simon*

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE